THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0025-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KEVIN C. CAMPBELL, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion to seal (Dkt. No. 24) and Defendant's motion to seal (Dkt. No. 28). The Court GRANTS both motions. Accordingly, Exhibit 3 of the Government's sentencing memorandum (Dkt. No. 25) shall remain under seal, and Exhibits 1, 3, 7, 10, and 11 of Defendant's sentencing memorandum (Dkt. No. 29) shall remain under seal.

DATED this 3rd day of August 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk

MINUTE ORDER CR17-0025-JCC
PAGE - 1