THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN C. CAMPBELL,<br><br>Defendant. | CASE NO. CR17-0025-JCC<br><br>FINDINGS OF FACT |

For purposes of sentencing, the Court makes the following findings of fact:

- Defendant Kevin Campbell sold drugs online via the underground website, Silk Road.
- Defendant used the online alias "PTandRnR."
- Defendant supplied drugs to customers in various states, including Washington.
- He received payment via electronic fund transfers or Bitcoin.
- One of Defendant's customers was a 27-year-old resident of Bellevue, Washington, identified as J.M.
- Between March and August 2013, Defendant sold J.M. controlled substances—predominately Xanax and Valium—in altered movie DVD cases.
- On August 24, 2013, J.M. asked Defendant via email for "quality H."
- On August 27, 2013, Defendant replied that he could get J.M. "grams of china white," a type of heroin.

- Defendant mailed J.M. the heroin along with Xanax in an altered DVD case.
- Defendant sent follow up emails with the tracking number and shipping updates.
- The package arrived around noon on August 29, 2013.
- J.M. received an email from Defendant at 12:29 p.m., asking J.M. to provide a review of the heroin he received. J.M. never read the message. It was on his computer screen, unopened, in his Silk Road inbox when first responders arrived.
- J.M. did not show up for work that day, and a houseguest found him unconscious in his bedroom.
- On his desk investigators found an open bag of heroin, containing 1.7 grams (Defendant sent him 2 grams), a cooking spoon, and a lighter. On the floor was a used syringe, a tourniquet, and an empty DVD case.
- The DVD case contained Defendant's fingerprint.
- J.M. was taken to the hospital, where he was diagnosed and treated for severe brain injury due to respiratory failure brought on by a heroin overdose.
- On August 31, 2013, J.M.'s family took him off life support and he passed away.
- During this time, Defendant sent J.M. follow up emails seeking payment and feedback.
- A medical expert reviewed the materials and concluded that J.M. "suffered respiratory arrest followed by cardiac arrest due to acute heroin intoxication on August 29, 2013."
- The Court accordingly finds by clear and convincing evidence that Defendant sent J.M. two grams of heroin; that, upon receipt, J.M. injected himself with 0.3 grams of the heroin sold to him by Defendant; and that this caused J.M.'s death.

DATED this 8 day of August, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE