THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0025-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KEVIN C. CAMPBELL, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's unopposed motion to seal the Government's supplemental sentencing memorandum (Dkt. No. 33). The Court finds good cause to keep the memorandum sealed. Accordingly, the Government's motion to seal (Dkt. No. 33) is GRANTED. The supplemental sentencing memorandum (Dkt. No. 34) shall remain sealed.

DATED this 18th day of August 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk