UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN C. CAMPBELL,<br><br>    Defendant. | CASE NO. CR17-0025-JCC<br><br>FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' motion for entry of a final order of forfeiture (Dkt. No. 46) for the following property:

1. One Gateway 4530 Laptop Computer, containing a Toshiba Hard Drive, bearing Serial No. Z5GZ5857T; and

2. One Dell Latitude D610 Laptop Computer, containing a Hitachi Hard Drive, bearing Serial No. BFGH9VUA.

The Court, having reviewed the motion and the relevant record, GRANTS the motion (Dkt. No. 46) and FINDS that entry of a final order of forfeiture is appropriate because:

- On May 2, 2017, the Court entered a preliminary order of forfeiture finding the above-listed property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting Defendant's right, title, and interest in it (Dkt. No. 17);
- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 38) and provided direct notice to a potential claimant as required by Federal Rule of Criminal Procedure 32.2(b)(6)(A) (Dkt. No. 46-1); and,
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Homeland Security and/or its representatives are AUTHORIZED to dispose of the above-listed property as permitted by governing law.

DATED this 2nd day of October 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE