THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KEVIN C. CAMPBELL,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. CR17-0025-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Petitioner's motion to withdraw his guilty plea (Dkt. No. 51) and motion seeking a habeas corpus bond (Dkt. No. 52). Petitioner filed his motions pro se, but the Court has not received a formal notice of withdrawal for Petitioner's counsel of record, Erik B. Levin. Per Local Civil Rule 83.2(b)(5), a represented person cannot appear or act on his own behalf absent leave from the Court. Prior to striking Petitioner's motions, the Court grants Petitioner and his counsel leave to file notice of withdrawal of counsel. If no notice is filed within fourteen (14) days of this order, the Court will strike Petitioner's motions as improperly filed.

//

//

DATED this 15th day of November 2017.

        <u>William M. McCool</u>
        Clerk of Court

        <u>s/Tomas Hernandez</u>
        Deputy Clerk