THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>KEVIN C. CAMPBELL,<br><br>        Defendant. | CASE NO. CR17-0025-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on attorney Erik Levin's motion to withdraw as counsel to Defendant (Dkt. No. 57). Counsel was appointed under the Criminal Justice Act to represent Defendant in his appeal to the Ninth Circuit Court of Appeals, which has since been voluntarily dismissed. (Dkt. Nos. 54, 55.) The motion is GRANTED. Erik Levin is hereby WITHDRAWN as counsel for Defendant.

DATED this 16th day of November 2017.

                                            <u>William M. McCool</u>
                                            Clerk of Court

                                            <u>s/Tomas Hernandez</u>
                                            Deputy Clerk