THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0025-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KEVIN C. CAMPBELL, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to enter the following briefing schedule (Dkt. No. 75). Having thoroughly reviewed the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and ORDERS as follows:

1. Mr. Campbell shall file a supplemental or amended motion for compassionate release no later than November 25, 2020 and shall note the motion for December 11, 2020.

2. The Government shall its response no later than December 10, 2020.

3. If Mr. Campbell chooses to file a reply, he shall file it no later than December 11, 2020.

MINUTE ORDER
CR17-0025-JCC
PAGE - 1

1       DATED this 3rd day of November 2020.

2                                William M. McCool
Clerk of Court

3

4                                  s/Paula McNabb
Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
CR17-0025-JCC
PAGE - 2